Dawn L. Davis, Esq.
Nevada Bar No. 13329
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
ddavis@swlaw.com
cogata@swlaw.com

*Attorneys for Defendant Ford Motor Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RALPH AND ERIN GOMEZ,<br><br>Plaintiffs<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | Case No.: 2:22-cv-01146-GMN-EJY<br><br>**Stipulation for Voluntary Dismissal<br>with Prejudice** |

Plaintiffs Ralph and Erin Gomez and defendant Ford Motor Company stipulate that any and all claims in the above matter are hereby settled and that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter should be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: January 5, 2023

AMAR LAW GROUP, PLLC

By: */s/ Robert B. Katz*
_____
Robert B. Katz, Esq.
2300 W. Sahara Avenue, Ste. 800
Las Vegas, Nevada 89102

*Attorney for Plaintiffs Ralph and Erin Gomez*

Dated: January 5, 2023

SNELL & WILMER L.L.P.

By: */s/ Christian P. Ogata*
_____
Dawn L. Davis, Esq.
Nevada Bar No. 13329
Christian P. Ogata, Esq.
Nevada Bar No. 15612
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Ford Motor Company*

**<u>ORDER</u>**

Based upon the parties' stipulation and good cause appearing, **IT IS THEREFORE ORDERED** that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

Dated this ___6___ day of January, 2023

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT